**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Rudlen T. Brown, Jacques Denard, John Doe,
Defendants,

Of whom Rudlen T. Brown is the Appellant.

In the interest of minors under the age of 18.

Appellate Case No. 2021-000748

———————————

Appeal From Sumter County
Angela R. Taylor, Family Court Judge

———————————

Unpublished Opinion No. 2022-UP-143
Submitted March 17, 2022 – Filed March 18, 2022

———————————

**AFFIRMED**

———————————

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Steve Bernard Suchomski, of South Carolina Department
of Social Services, of Sumter, for Respondent.

John Stephen Keffer, of Young, Keffer & Donnald, PA, of Sumter, for the Guardian ad Litem.

———————

**PER CURIAM:** Rudlen T. Brown appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Brown's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and KONDUROS and VINSON, JJ., concur.**

———————

[1] We decide this case without argument pursuant to Rule 215, SCACR.